Montserrado County                                    Monrovia, Liberia

## NOTARY CERTIFICATE

Personally Appeared Before me in My Office within the City of Monrovia, Montserrado County, Republic of Liberia this .... day of ........ JUNE ....... A.D. 2005 ...... duly qualified Notary Public for and in he County of Montserrado and in the Republic aforesaid the Parties to the attached documents:

> BOT PROJECT AGREEMENT MADE AND ENTERED INTO THIS 9TH DAY OF JUNE, A. D. 2005 BY AND BETWEEN HE NATIONAL PORT AUTHORITY(NPA) REPRESENTED BY ITS MANAGING DIRECTOR,HON. JOE T. GBALAE AND THE GLOBAL SECURITY SEALS GROUP LTD.(G.S.S. GROUP LTD.) LTC NO.955G7 OPERATOR NOW HEREIN"

and did in my presence and in the presence of each other execute and sign their genuine signatures on the said Instrument(s) to be the person(s) they represent and that the same was made in my presence and declared by each of them to be their own handwriting(s).

Therefore, J. S. PETER DOE-KPAR, Notary Public aforesaid, have attached my official signature and Notary Seal to avail when and where necessary.

I have affixed my genuine signature attesting to this transaction by the power vested in me this 9TH day of ..... JUNE ....... A.D. 2005

_____
S. PETER DOE-KPAR
NOTARY PUBLIC, MONTSERRADO COUNTY, R.L.

**EXHIBIT**
1

REPUBLIC OF LIBERIA    )

MONTSERRADO COUNTY )

## BOT PROJECT AGREEMENT

THIS CONTRACT FOR THE CONSTRUCTION AND OPERATION OF A CONTAINER PARK- FREEPORT OF MONROVIA is made and entered into this 9th day of June A.D. 2005, by and between the National Port Authority (NPA), represented by and through Hon. Joe T: Gbalah, Managing Director of the National Port Authority a Public Corporation registered under the laws of the Republic of Liberia and the Global Security Seals Group Ltd. (G.S.S Group Ltd), IBC NO. 95567, incorporated in Hessenbergweg 111,1101 BS Amsterdam Zuidoast registered under the laws of the Netherlands, herein referred to as the Operator now hereby:

### WITNESSETH

Whereas the NPA intends to construct and operate a container park that would occupy 90,000 square meters of land in the Freeport of Monrovia.

Whereas the NPA has agreed to allocate to the Operator the appropriate parcel of Land as described above, in order to enable the Operator to construct, Maintain and operate it for the duration of the agreement, for the purpose and under the conditions stipulated below;

Whereas the Operator will accept, the area allocated for development and will execute all Works, (paving, roads, infrastructure, equipment etc.) required in order to enable the logistics, moving, storage and operation of the container park, at a total volume of up to TEU 100,000;

Whereas given the level of investment by the Operator, the NPA agrees further to grant on to said Operator the exclusive rights to operate the park;

NOW, THEREFORE in consideration of the covenants and agreements herein contained, the NPA and Operator have mutually agreed to the terms and stipulation herein below:

### APPOINTMENT OF THE OPERATOR, TERMS AND CONDITIONS:ARTICLE I

1.I.   The NPA hereby appoints the Operator (G.S.S Group Ltd., IBC No. 95567) as its exclusive representative, for the duration of 12.5 (Twelve and one half) Calendar years certain as of the date of signing and for an optional period of five (5) years for the renewal of this contract to possess and manage the container park and to execute all operations associated with said park, and with any kind of operations relating to containers in the port.

The option above will be an option of the Operator, and will be in the same conditions of the first period of 12.5 years.

-2-

The Operator is hereby authorized to collect payments from users, to effect all payments incurred, to employ staff for the park including from within the NPA employees based on their qualifications without prejudiced to their tenure as employee(s) of NPA. The Operator is authorized to distribute profits according to a profit sharing with NPA that will initially be in the ratio of 30% to NPA and 70% to the Operator as specified in Section 4 below (B.O.T project, namely – Build – Operate-Transfer).

1.2. At the end of the term(s) of the contract (as specified in section 1.1 above), the Operator will return to the NPA the ownership over the park and its equipment. The parties do hereby agree that the term(s) shall be extended for an additional period of (five years). Should this occur, the terms and conditions relating to the extension period shall be negotiated.

1.3. The Operator will be responsible from the point where a container is unloaded from the ship directly to the Operator's vehicle and until the point where a container is unloaded from the Operator's vehicle onto the ship. It will be the exclusive responsibility and right of the Operator to handle and manage transportation, storage, security service and any other operation that will be detailed infra.

1.4. The Operator and the equipment that it will operate at the port will have free access to enter and transfer items in, through and out of any area in the port, to and from the container park, to load and unload containers, and to freely operate within the port, as the sole representative of the NPA, and free from paying entry, transfer or any other fee due to the NPA.

1.5. If and when the NPA shall decide to execute additional works and Operations at the port relating to containers, the Operator will be granted the right of first refusal.

1.6. Should the NPA decide to load and/or unload containers at Liberia's other Ports and will decide to store and/or transport and/or otherwise handle containers, the Operator will be granted the right to first refusal for such project.

1.7. In general, the NPA hereby grants the Operator exclusive right and all that entails, as authorized and exclusive NPA representative to perform any action associated with operations involving or relating to containers, including collecting fees, unloading, transportation, storage, filling container conversion, maintenance, systems associated with the containers, refrigeration container etc., including refrigerated storage, containers at the port of Monrovia. The NPA shall be responsible for providing adequate security at the port and container park, free of any charge.

-3-

1.8.    The Operator has the right to transfer its rights to another corporation that is held by the owners of the operator. In addition, one or more subcontractor may carry out the Operators obligations according to this contract. The Operator will have the right to choose the manner in which it will contract with the subcontractor/s. Such transfer shall require a written confirmation by the NPA that will be denied only for a reasonable cause given in writing consistent with this agreement.

1.9.    The operator will begin carrying out obligations according to this contract (section 1.1), within 90 days of the date of this contract.

1.10.   It is emphasized that this contract will be valid only after both parties sign it and it is probated officially by a court of law in Liberia.

## SCOPE OF MATERIALS AND PERSONNEL: ARTICLE II

2.1    The Operator's operation and activities at the NPA will include the works and items appearing in annex "A" attached to this agreement and made an integral part thereof.

2.2    The Operator will execute any and all infrastructure works required as Specified in Article i of Annex "A".

2.3    As part of the NPA's contribution to the B.O.T, the NPA will make available to the Operator, for the duration of this agreement the two forklift mentioned in section 2.1 of Annex A. The Operator is responsible to obtain and supply the additional equipment, that may be required for efficient operation of the park.

2.4    The Operator will be responsible for supplying the generators, trucks, Trailers, communication equipment, computer software, refrigeration containers' servicing systems, office equipment forms' and any other items that will be required to facilitate efficient park operations.

2.5    The Operator shall provide the park with necessary specialists as discussed In Article 3.1 of Annex A, or other specialist necessary for the project.

2.6    All other park employees will include local contractors and local employees. The Operator will have the right to employ specialist or other employees if, at the Operators absolute discretion, it is necessary for the project.

## BUSINESS PLAN: ARTICLE III

3.1    The Operator will invest 100% of the investment necessary for Implementation of the project.

As detailed above, the project will include management of the old and new park and building the new park.

3.2 This contract is based on the information provided to the Operator from the NPA, and not less than the statistics of 2004, upon which the Operator assessed its operation cost, its investments and its profit sharing evaluation.

-4-

3.3   The following concept is in the essence of this agreement:

   a)   The basic assumption is that at least 40,000 containers will be Transferred and managed via the park annually.

   b)   The Operator will, in coordination with the NPA, determine the Rates that users will be charged for container-related services.

   c)   The tariff attached as Annex B, constitutes the minimum starting Point of the rates that will be instituted in the park to be charged by the Operator on behalf of the NPA.

   d)   The Operator will be exclusively responsible for collecting any and all fees and costs. Operator will manage the entire collection and billing systems associated with container traffic at the port as exclusive representative of the NPA at the port of Monrovia.

   e)   After a trial period of one year from the start of operations, the Operator will review the rates charged in accordance with Annex B, as well as the quantity of containers that were actually handled by the Operator and any aspect associated with park operations, including depreciation.

   The Operator will report to the NPA upon any case where income turnover generated by collection, is revealed lower than the total of the following- park operations expenditure, together with depreciation and financing cost and together with gross operating profits of a minimum of 40% of the turnover. In such cases, the Operator will present to the NPA alternative for changes in rates charged for operations of the containers in the port.

   Thereafter, the Operator will update the rates in a manner that will observe profits detailed above.

**PROFIT SHARING: ARTICLE IV**

4.1 Profit means – the revenues actually collected by the Operator in said Month, less all costs of operation, less depreciation and less financing Expenses. Profit shall be calculated on a monthly basis.

4.2 Profit shall be shared in the following manner:

   4.2.1   During the first full seven calendar years – the profit will be shared 30% to the NPA ("the NPA share") and 70% to the Operator;



-5-

If 5% of the project's gross income is higher than the NPA's share, then the NPA will have the right to 5% of the gross income.

4.2.2    After this period and during the next period, the NPA's share in the profit will be increased by 7.5% each year, until the 13th year. For clarification in the 8th year, the NPA's share of the profit shall be 32.5% and at the 13th year and onwards, until transfer of the container park to the NPA at end of 15 years – it shall be 50%.

4.3 The Operator is authorized to decide on an investment of a proper portion of the park's revenues, in renewal or improving of infrastructure, in renewal or improving of equipment, in upgrading and expanding of the services that the Operator provides at the port. All investment in upgrading, expansion and improvements as above, shall be considered as depreciation expenses during the year when such expenses are made, and will not be calculated in the income and profit distribution as specified in Article 4.2 with the advice and consent of NPA.

4.4 The NPA will obtain for the Operator any and all authorizations and permits, necessary or which may be necessary for free transfer of the Operator's share in the profit, and for any purchase of materials, goods and services abroad, in foreign currency (in US Dollars or in Euro).

4.5 Generally, the NPA shall be responsible to arrange for all permits, visas, authorization and any other procedures, which may be required for smooth operation of the park and for the free and useful performance of this agreement. The NPA will not charge the Operator any kind of fees, taxes or tolls for facilitating these assignments. However, there are specific fees for work and resident permits, visas that will be paid by operator.

## MANAGEMENT OF THE PARK: ARTICLE V

5.1 The management of the park will be by the Operator, until the end of duration of this agreement.

5.2 The Operator will employ the entire park's crew, will pay their salaries and accompanying costs.

5.3 The Operator will pay all other expenses required for efficient park operations.

5.4 The Operator will serve as the NPA's exclusive representative, and will determine all procedures for loading, unloading, logistics, transportation, security and any other container-related operations or operating procedures at NPA.



-5-

5.5 The Operator will serve as the NPA's exclusive expert representative to assess, survey and investigate any and all damage, accidents, incidents or any other unusual exceptional events in a coordination with relevant national institution.

5.6 The Operator is hereby authorized by the NPA to exclusively perform insurance coverage required in order to cover any and all activities involved with the Operator and NPA operations.

Insurance and aforementioned operation and management expenses will include payments to specialists, advisors etc., shall be considered as part of the expenses related to park operations and will be deducted from revenues in order to calculate the profit.

5.7 Should the NPA consider the possibility of additional operations in the NPA to be operated by franchiser, such as other cargo from and onto the ships, warehouses, customs and forwarding services, and any operation that is customary in ports, the Operator will be granted the initial right to compete in the bidding process.

5.8 The NPA will recommend to vessel owner or operator who will need assistance in repairs on ships, to receive the assistance from the Operator.

## EXCLUSIVITY: ARTIVLE VI

In order that the Operator shall be able to represent the NPA properly, the NPA hereby confirms that the Operator is appointed by the NPA, as exclusive representative, expert, supplier and manager of this B.O.T project, and is authorized fully to handle this project.

The NPA will not give itself or through a third party services that the Operator has the right for according to this agreement.

## CONFIDENTIALITY: ARTICLE VII

Each of the parties hereby undertakes to hold all data and information which it will receive from each other and/or which shall come to its possession while performing this agreement, in the strictest confidence. Neither party shall copy or disclose the information to third parties except to those who the other party expressly permits to do so, and shall not use information for its own personal and/or commercial use, except within the framework of this agreement. Upon termination of this agreement, for whatever reason, each party shall return all of the above information to the other party and shall leave no part of the information in its possession.

## APPLICABLE LAW, JURISDICTION & ARBITRATION: VIII

8.1 This agreement shall be governed and interpreted solely, in accordance with the laws of England and Wales, regarding the disputes arising of this contract. Any disputes, which may arise between the parties,

-7-

out of or in connection with this agreement, its interpretation, performance or breach, shall be referred to a binding arbitration before a single arbitrator to be agreed upon, then the arbitrator will be appointed, at the request of either party, by the President of the Law Society of England and Wales. The arbitration shall be held in London England, and conducted in the English language.

8.2 The arbitrator shall have sole jurisdiction to choose the appropriate procedures and evidence rules to be applied in the arbitration but will be obligated to provide reason for his verdict.

**TERMINATION:IX**

Either party may terminate this agreement, by giving the other party 180 days prior written notice, if the other party materially fails to fulfill any or all of its duties and /or obligation under this agreement and fails to cure the breach within 90 days of receipt of a written demand from the aggrieved party.

The aggrieved party may initiate an arbitration as specified in section 8 above by giving the other party 60 days' prior written notice during which period the parties shall have the opportunity to settle the matter in dispute and alternatively to agree upon the person to be appointed as arbitrator.

If the parties fail to reach an amicable solution or to agree on the person to serve as arbitrator, either party may refer the dispute to arbitration according section 8 above.

This agreement shall not be terminated until a final judgment is rendered in the arbitration that accepts all of the claims of the party seeking termination.

**FORCE MAJEURE**

For the purpose of this Agreement, the term "force majeure" is defined as any act of God, act of public authority or public enemy, fire, storm, flood, civil disturbance, or other causes beyond the control of either party, regardless of whether the other categories specified. Neither party shall be responsible or liable for defaults or for any failure of performance of any of its obligations under this Agreement, where the failure is due to force majeure; PROVIDED that the party claiming to be affected by an event of force majeure shall give immediate notice to the other, with reasons thereof.

Within thirty (30) days after the notification the parties shall meet for the purpose of reviewing the prevailing state of affairs, and addressing the following:

a) Assess the effect of the state of force majeure upon the parties' abilities to meet obligations under the terms of this Agreement; and,

b) Agree on the manner of carrying out the purpose and intent of the Agreement in light of the prevailing force majeure, with the priority consideration of adjusting the year, term certain so as to compensate for the duration of the force majeure.

-3-

The party claiming force majeure shall, as far as practicable, resume performance of its obligation under this Agreement with all reasonable dispatch upon the termination of the event of force majeure.  This agreement shall binding on the parties herein, their heirs, successors in business as though they were specifically named here.

IN WITNESS WHEREOF THE PARTIES HERETO SET THEIR SIGNATURES

IN THE PRESENCE OF

Mr. Ehud Melnik

Project Manager, Global Security Seals Group Ltd.

Legal Representative/The Operator

Hon. Joe T. Gbalah

Managing Director, National Port Authority

Attested By:

Prof. Togba-Nah Tipoteh

Chairman, Board of Directors, National Port Authority

CONTAINER PARK – MONROVIA FREEPORT – LIBERIA SCOPE OF MATERIALS AND PERSONNEL

|  |  | Item | Description/Comments |
|---|---|---|---|
| 1 |  | **Infrastructure works** | Panning and development, layout of several layers of different materials. Paying and planning approximately 90.000 square meters. |
|  |  |  | Planning will take consideration TEU 100.000 per year |
| 2 |  | Tools & Equipment for current operation of the container park |  |
|  | 2.1 | 2 forklifts | Height – 5 layers of containers 45 Tons |
|  | 2.2 | 2 forklifts | Height – 5 layers of containers 18 Tons |
|  | 2.3 | 5 containers trailers |  |
|  | 2.4 | 8 trailers F 40 |  |
|  | 2.5 | Computer & Software |  |
|  | 2.6 | Office space & Furniture |  |
|  | 2.7 | Chamber for gate Keeper |  |
|  | 2.8 | Garage | Containers, including equipment and minimum space parts for usual repairs maintenance |
|  | 2.9 | Telecommunications |  |
|  | 2.10 | Paperwork | Forms and reports |
|  | 2.11 | Cooling & washing station |  |
|  | 2.12 | Generator |  |
| 3 |  | Manpower (Monthly basis) |  |
|  | 3.1 | 2 Managers | Expatriates |
|  | 3.2 | 2 Field Managers | Local |
|  | 3.3 | 1 Senior Secretary | Local |
|  | 3.4 | 4 Junior Secretaries | Local |

| 3.6 | 10 Forklift Operators | Local |
|------|------------------------|-------|
| 3.7 | 14 Driver | Local |
| 3.8 | 2 Container surveyors | Local |
| 3.9 | 1 Refrigerators technician | Local |
| 3.10 | 3 Accounting | Local |
| 3.11 | 15 General Workers | Local |

April 13, 2005

## CONTAINERS

**1. IMPORT CONTAINERS AND CARGO VANS-IMPORT ECL AND LCL**

To include all handling charges for the removal of containers from ships side to stacking area, loading on to consignee's transport and returned to stack when empty or transport from ship's side to stacking area and returned to stack when empty

US$ 100.00 per 20 and US $ 150.00 per 40.

**2. EXPORT CONTAINERS AND CARGO VANS-EXPORT AND LCL**

To include transport from stack to ship side – US $ 75.00 per 20 and US $ 125.00 per 40.

**3. EMPTY CONTAINERS – IMPORT AND EXPORT**

From ship's side to stack or from stacking area to ship's side US $ 25.00 per 20 US $40.00 per 40.

**4. TRANSFER OF CONTAINERS TO BONDED WAREHOUSES**

For the transfer of containers from ship's side or stack to bonded warehouse and return or empty container to stack, and additional change of US $25.00 per 20 and US $ 40.00 per 40 will be made to the regular handing charge.

**5. ADDITIONAL MOVEMENTS, WITHIN THE PREMISES**

For any additional movement, made on request of shipper or consignee of full empty containers within the port premises a change of US $ 25.00 per 20 and US $40.00 per 40 movement will be made for export containers and US$ 10.00 per 20' containers and US $ 15.00 per 40' per management for import containers

**6. STUFFING AND UNSTUFFING CONTAINERS**

To include stuffing and unstuffing in NPA premises.

    a.  US $ 40.00 per 20 and US $ 75.00 40 if carried out by NPA on account of carrier.

    b.  US $ 25.00 per and US $ 40.00 if carried out by the shipper or agent

**7. OVERWEIGHT CARGO IN OPEN TOP CONTAINERS**

Containers which carry cargo protruding beyond the constructed limits of the cubic and which require special handling will be charged at double rates.

Over weight, cargo in close containers with cargo exceeding 15 tons should be charged excess tonnage at double rates.

**8. TRANSSHIPMENT CONTAINERS**

Which include the discharge of FCL or LCL containers from one vessel and reloading the same container on another vessel. To include transport from first ship's side to stacking area and from stacking area to second ships side: US $ 50.00 per 20 and 40 US $ 75.00.

9. TRANSFERRED OR SHIFTED CONTAINERS – FCL, LCL OR EMPTY

Which includes the discharge of containers from a ship on to the quay and reloading again on the same ship during same port visit: US $ 25.00 per 20 and 40 US $ 35.00.

## 10. CONTAINER WITH HAZARDOUS CARGO

Container with IMDG classes 1-5 types of cargo will be handled subject to the application of port Rules, Regulations, and International Rules, and will be charged a 60% surcharge on normal rates.

## 11. SHIP'S FITTING OR TRANSIT CARGO LANDED ON QUAY

Which includes the landing of hatch covers or other items of ship's fitting and the temporary landing of transit cargo bound for onwards ports, to facilitate cargo handling in Monrovia, which are then reloaded on the same ship during the same ship visit.

Per hatch cover, unit or vehicle – US $ 50.00

## CHARGES FOR OTHER SERVICES

The following charges are applicable for services rendered by the COMPANY and will be made against the vessel, owner or agents, the consignee or shipper or the agent or any person, Corporation or Company requesting such services.

## 12. STORAGE OF CARGO

Storage charges will be assessed against cargo landed from vessels, and/or cargo deposited for shipment as follow:

Commencement of Free Time

Inbound Cargo:     Free time commences at 08:00 local time following

Completion of discharge of the vessel.

Outward-bound Cargo:   Free time for import/Export – 4 days.

Free time commences at 08:00 following the acceptance of cargo by the port. Storage time will be assessed as days of 24 hours or part thereof and will count from the expiring of free time.

## 13. CONTAINER: TARIFF ITEM 4.2

Cargo stored for a period exceeding 4 days is charged from the first day of storage. The charge will be assessed per TEU per day.

14. **IMPORT EXPORT**

Days 1 thru 7        US $ 15.00 per TEU/day        US $ 10.00 per TEU/day

Days 8 thru 14       US $ 20.00 per TEU/day        US $ 15.00 per TEU/day

Days 15 thru 21 US $ 25.00 per TEU/day        US $ 20.00 per TEU/day

Days 22 thru 28 US $ 30.00 per TEU/day        US $ 25.00 per TEU/day

Thereafter           US $ 40.00 per TEU/day        US $ 30.00 per TEU/day

**NOTE:** 40 Containers is equivalent to 2 x TEUs.

15. **EMPTY CONTAINER**

Day 5 trough 28           US $ 2.50 per TEU/day and US $ 05.00 per 40

Thereafter               US $ 5.00 per TEU/day and US $ 10.00 per 40

Transshipment -- General, Container or Vehicle:

After 7 days:        General Cargo        US $ 03.00 per day per ton

                     Containers       US $ 05.00 per TEU/day

                     Vehicles        US $ 05.00 per ton per day

16. **CLERICAL SERVICES**

In general, cargo will to be released to consignees or agents until all charges      have been paid and an official receipt obtained.

17. **ORDINARY RATES**

Lunch service will be provided at US $ 150.00 per hour or part thereof inside breakwater or US $ 300.00 per hour or part thereof outside breakwater. For any service, which requires the provision of a tug the minimum service charge of US $ 700.00 per hour or part thereof will be made.

18. **OVERTIME**

The following overtime surcharge will apply:

Mondays to Sundays for period  1501 – 2300 = 50%

Mondays to Saturday for period  3201 – 0700 = 100%

Sundays and Holidays from        0001 – 2400 = 100%

## 19. HIRE OF EQUIPMENT OR PERSONNEL

The Company will subject to availability hire out equipment and operators for private use within the Company at rates shown below

| Crane – Mobile | Charge per hour or part thereof |
|---|---|
| Capacity up to 10 tons | US $ 100.00 |
| Capacity from 10 – 25 tons | US $ 200.00 |
| Capacity over 25 tons | US $ 250.00 |

### FORKLIFT TRUCK

| | |
|---|---|
| Capacity up to 10 tons | US $ 50.00 |
| Capacity over 10 – 25 tons | US $ 75.00 |
| Capacity over 25 tons | US $ 150.00 |

## 20. LOG HANDLERS

| | |
|---|---|
| Capacity up to 10 tons | US $ 50.00 |
| Capacity over 10 tons | US $ 75.00 |

## 21. TRAILERS

| | 20' | 40' |
|---|---|---|
| Capacity up to 15 tons | US $ 15.00 | US $ 30.00 |
| Capacity from 15 – 25 tons | US $ 20.00 | US $ 40.00 |
| Capacity over 25 tons | US $ 25.00 | US $ 50.00 |

## 22. TRACTORS UNITS:

US $ 25.00 per hour or part thereof (within port limits)

US $ 150.00 per hour or part thereof (outside port limits)

## 23. OVERTIME WORK

For the hire and use of equipment and personnel during overtime period the following charges will be made:

a. For hire during period 1501 to 2300, Mondays to Sundays, an additional 50% of the ordinary rate will be charged.

b. For hire during periods 2301 to 0700 and Sundays/Holidays, an additional 100% of the ordinary rate will be charged.

### 24. LATE SUBMISSIONS OF DOCUMENTS

    a.  US $ 100.00 for penalty fee

    b.  For containerized cargo a fee of US $ 100.00 will be charged per documentation

### 25. DOCUMENTATION

All invoices raised will carry a documentation fee of US $ 01.50

### 26. CLEANING OF CONTAINERS

The charge will be as shown below:

|  | 20' | 40' |
|---|---|---|
| Cleaning of Container | US $ 2.00 | US $ 3.00 |
| Special cleaning of container | US $ 5.50 | US $ 9.00 |
| Wash of Container | US $ 16.00 | US $ 34.00 |

### 27. P.T.I.

For PTI the rates are US $ 34 per 20' and US $ 54 per 40'

### 28. MONITORING

For Monitoring the following charges will be made:

    a.  For monitoring during period 1501 to 2300, Mondays to Sundays the

Rate is 8.5$ per monitor minimum 3 monitoring per day.

    b.  For monitoring during periods 2301 to 0700 and Sundays/Holidays

the rate is US $ 16 per monitor.

### 29. CONNECTING /DISCONNECTING

For connecting/disconnecting the following charges will be made:

    a.  For connecting/disconnecting during periods 1501 to 2300, Mondays to Saturdays, the rate is 8$ per connection/disconnection.

    b.  For connecting/disconnecting during period 2301 to 0700 and Sundays, holidays the rate is US $ 17 per connection/disconnection.

## 30. REPAIR OF REEFER CONTAINERS

Repair of container according to the attached price list.

## 31. REPAIR OF REGULAR CONTAINERS

Repair of regular container according to the attached price list.