# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-7041                                                            September Term, 2015

FILED ON: MAY 17, 2016

GSS GROUP LTD., ALSO KNOWN AS GLOBAL SECURITY SEALS GROUP LTD.,
    APPELLANT

v.

NATIONAL PORT AUTHORITY OF LIBERIA AND REPUBLIC OF LIBERIA,
    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:12-cv-00332)

Before: HENDERSON, ROGERS and KAVANAUGH, *Circuit Judges*

## **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                  BY:    /s

                                                Ken Meadows
                                                Deputy Clerk

Date: May 17, 2016

Opinion for the court filed by Circuit Judge Henderson.